```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

M.G., et al.,

                               **Plaintiffs,**                17-CV-07612 (RA)(SN)

         -against-                               **ORDER**

NYC DEPARTMENT OF EDUCATION, et al.,

                              **Defendants.**
```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

       The Court's January 21, 2020 Order, ECF No. 93, directed the parties to file a status letter by February 21, 2020. The parties did not file a status letter by that deadline. They are directed to file a status letter in advance of the discovery conference scheduled for Tuesday, February 25, 2020, at 2:30 p.m.

**SO ORDERED.**

                                                                              SARAH NETBURN
                                                                              United States Magistrate Judge

DATED:     February 24, 2020
                 New York, New York