USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

M.G., et al.,

                           **Plaintiffs,**                      17-CV-07612 (RA)(SN)

         -against-                                       **ORDER**

NYC DEPARTMENT OF EDUCATION, et al.,

                           **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court's March 27, 2020 Order extending deadlines in this case does not affect the status conference scheduled for May 5, 2020, at 2:30 p.m. <u>See</u> ECF No. 101. The status conference will go forward as scheduled but will be conducted telephonically rather than in person. At that time, the parties should call (877) 402-9757 and enter access code 7938632. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

                                                              _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      April 29, 2020
                  New York, New York