UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

M.G., et al.,

                **Plaintiffs,**

-against-

NYC DEPARTMENT OF EDUCATION, et al.,

                **Defendants.**
-----------------------------------------------------------------X

17-CV-07612 (RA)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2020

**SARAH NETBURN, United States Magistrate Judge:**

The parties appeared for a telephonic status conference on May 5, 2020. As discussed at the conference, the following deadlines will apply in this case:

1. Plaintiffs shall make a settlement demand with respect to Plaintiff A.L. by May 11, 2020. The parties shall file a joint status letter or stipulation of dismissal by June 1, 2020.

2. The parties shall make discovery demands with respect to Plaintiff. Y.G. by May 15, 2020. Responses to discovery demands shall be served by June 15, 2020. A status letter addressing any discovery disputes shall be filed by June 22, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 5, 2020
               New York, New York