```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

M.G., et al.,

                             **Plaintiffs,**

        -against-

**NYC DEPARTMENT OF EDUCATION, et al.,**

                             **Defendants.**

-----------------------------------------------------------------X

17-CV-07612 (RA)(SN)

**DISCOVERY**
**CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A conference to discuss the discovery issues raised by the parties is scheduled for Monday, October 26, 2020, at 2:30 p.m. At that time, the parties shall call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 20, 2020
               New York, New York