```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**M.G., et al.,**

                            **Plaintiffs,**         **17-CV-07612 (RA) (SN)**

    -against-                                                **ORDER**

**NYC DEPARTMENT OF EDUCATION, et al.,**

                            **Defendants.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the number of outstanding discovery disputes, and the desire to expeditiously complete discovery in this matter, the Court will hold weekly discovery conferences until all such disputes are disposed of. Accordingly, telephonic conferences are scheduled as follows: (i) November 6, 2020, from 1:30–3:00 p.m.; (ii) November 13, 2020, from 2:00–3:30 p.m.; (iii) November 20, 2020, from 2:00–3:30 p.m.; and (iv) November 30, 2020, from 2:00–3:30 p.m.

      The agenda for the November 6, 2020 Conference includes confirming the status of Discovery Requests (1) and (2) and, to the extent possible, proceeding through requests (3) to (19). At the above listed times, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Respectfully, the Clerk of Court is directed to terminate the motions at ECF Nos. 119 & 120.

**SO ORDERED.**

                                                                                     SARAH NETBURN
                                                                                       United States Magistrate Judge

DATED:    New York, New York
               October 28, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2020