```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

M.G., et al.,

                                Plaintiffs,           17-CV-07612 (RA)(SN)

                -against-                             ORDER

NYC DEPARTMENT OF EDUCATION, et al.,

                                Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The Court believes the parties have made substantial progress on their remaining discovery disputes, as described in their letter response to the November 16, 2020 Order. ECF No. 136. Accordingly, the Discovery Conference scheduled for Friday, November 20, 2020, at 2:00 p.m. is adjourned. Furthermore, the conference on Monday, November 30, 2020, at 2:00 p.m. is rescheduled to November 30, 2020, at 10 a.m. At that time the parties are directed to call into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The Court urges the parties to continue to meet and confer about the remaining disputes, so that it may efficiently rule upon only thosse matters for which the parties are truly at an impasse.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
          November 20, 2020