```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

M.G., et al.,

                                Plaintiffs,                   17-CV-07612 (RA)(SN)

         -against-                                           **ORDER**

NYC DEPARTMENT OF EDUCATION, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On December 16, 2020, the parties appeared before the Court to discuss discovery and possible settlement. Accordingly, the Court sets forth the following deadlines:

- December 28, 2020: The Defendants shall serve the responsive Policy Documents. Defendants are reminded of their ongoing discovery obligations and, absent prejudice to the Plaintiffs, shall supplement their production with any responsive documents that are later discovered;

- January 15, 2021: Defense counsel shall inform plaintiff's counsel about the feasibility and estimated date of production for the outstanding Student Data, as well as the Department of Education's willingness to accommodate a transcript alteration as a means of achieving settlement.

- January 29, 2021: The parties shall file a joint status letter with the Court, which should discuss the status of discovery and either set forth a reasonable discovery schedule or the status of settlement as to the A.C. and K.C. plaintiffs.

A telephonic conference is scheduled for February 1, 2021, at 10:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

SO ORDERED.

                                                                                     SARAH NETBURN
                                                                                     United States Magistrate Judge

DATED:     New York, New York
                December 17, 2020