UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

M.G., et al.,

                              **Plaintiffs,**                      **17-CV-07612 (RA)(SN)**

        **-against-**                                        **ORDER**

**NYC DEPARTMENT OF EDUCATION, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    A telephonic settlement conference is scheduled for March 12, 2021, at 10:00 a.m. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. At least one week in advance of the conference the parties should submit their *ex parte* settlement letters and attendance forms in accordance with Judge Netburn's individual rules of practice.

    Discovery is stayed until March 12, 2021. If the settlement conference proves unsuccessful, the stay will be lifted. In addition, the Defendants shall file any motion for reconsideration of the Court's discovery orders by March 19, 2021.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:    New York, New York
                February 1, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2021