```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2021

**M.G., et al.,**

                              **Plaintiffs,**    17-CV-07612 (RA)(SN)

        -against-    **ORDER**

**NYC DEPARTMENT OF EDUCATION, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties' request for an extension to file a finalized stipulation of settlement as to Plaintiffs Y.G. and M.G., filed via email with the Court on August 30, 2021, is GRANTED. The parties shall file either a joint stipulation of settlement or a letter indicating the status of the case on the public docket no later than September 30, 2021. The parties are directed to file any and all further requests for an extension on the public docket.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
               September 3, 2021